IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MIGDONIO ALTAMIRANO,

    Petitioner,

v.

WARDEN EMMERICH
FCI OXFORD,

    Respondent.

ORDER

Case No. 25-cv-575-jdp

Petitioner Migdonio Altamirano seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than August 5, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 7, 2025 through the date of the petition, July 7, 2025.

ORDER

IT IS ORDERED that:

1. Petitioner Migdonio Altamirano may have until August 5, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before August 5, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 8th day of July, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge